07/18/2008 16:46 FAX 2122396900   Received:   SHAFRAN & MOSLEY   Jul 18 2008 04:35pm   (EDARBAIM, S   @002/002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

IGOR MALKHOVSKY,

                            Plaintiff,

        -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
PARK DEPARTMENT, NEW YORK CITY POLICE
DEPARTMENT, NEW YORK CITY PARK RANGER
SANCHEZ, NEW YORK CITY PARK RANGER
SAMUELSEN, NEW YORK CITY POLICE SERGEANT
MELENDEZ, and NEW YORK CITY POLICE
OFFICERS "JOHN DOE" 1-7,

                            Defendants.

STIPULATION EXTENDING
TIME TO ANSWER

08 Civ. 5688 (MGC)

-------------------------------------------------------------

It is hereby stipulated and agreed that defendant City of New York's time to answer or otherwise respond to the complaint herein is extended to September 17, 2008.

Dated: New York, New York
July 18, 2008

_____
Stephen G. Jackson, Esq.
Attorneys for Plaintiff
350 Fifth Avenue, Suite 2310
New York, New York 10118
(212) 643-2394

_____
By: Steve Stavridis, Esq.
Assistant Corporation Counsel to:
MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendant THE CITY OF NEW YORK
100 Church Street, Room 3-159
New York, New York 10007
(212) 788-8698

SO ORDERED:

S/ _____
      U.S.D.J.

July 22, 2008